UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SOFT-AID, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAM-ON-DEMAND, LLC and ) <br> DAVID MANSFIELD, ) <br> ) <br> Defendants ) <br> ) <br> ) | NO. 1:14-CV-10419-LTS |

## NOTICE REPORTING THE POSITION OF
## DEBTOR-IN-POSSESSION/DEFENDANT SAM-ON-DEMAND, LLC
## REGARDING THE STATUS OF THIS CASE

Plaintiff Soft-Aid provides this notice as directed by the Court (Doc. 185) and requested by bankruptcy counsel for debtor/Defendant SAM-ON-DEMAND, LLC ("SOD") in response to the Notice Soft-Aid filed on March 10, 2017 (Doc. 184).

SOD as debtor-in-possession, through its bankruptcy counsel, has informed Soft-Aid and wishes to inform the Court of its position in this matter, as follows:

1. The lawsuit against SOD in this Court was stayed pursuant to 11 U.S.C. § 362(a) on the day SOD filed for Chapter 11 protection, March 6, 2017. The lawsuit against Mansfield was stayed pursuant to the same section, on the day Mansfield filed for Chapter 13 protection, February 27, 2017.

2. The automatic stays remain in effect at this time.

3. The U.S. Bankruptcy Court for the District of Nebraska did not condition the continuation of the stays on anything.

2

4. There is no joint agreement regarding anything between Soft-Aid and SOD as debtor-in-possession.

5. There is no May, 2017 deadline for SOD to object to any proof of claim filed by Soft-Aid.

By:

| | |
|---|---|
| /s/ Scott E. Bain | Gary G. Pelletier |
| Scott E. Bain | (B.B.O. 631732) |
| *Pro hac vice* | PELLETIER CLARKE & CALEY, LLC |
| BAIN LAW OFFICES | 35 Touro St. |
| 1050 30th St. NW | Newport, RI 02840 |
| Washington, DC 20007 | (401) 849-4400 |
| scott@bainlawoffices.com | gpelletier@pcclaw.net |
| (703) 967-9655 | |

Dated March 16, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2017 I caused a copy of the foregoing document to be served upon the following Counsel, via filing in the ECF system.

James L. Tuxbury
Hinckley Allen
50 Kennedy Plaza, Ste. 1500
Providence, RI 02903-2319
(401) 457-5122 (telephone)
(401) 277-9600 (facsimile)
jtuxbury@hinckleyallen.com

Brian T McKernan
McGrath North
1601 Dodge Street
Omaha, NE 69102
402-633-6896
bmckernan@mcgrathnorth.com

Mitchell R. Edwards
Hinckley Allen Snyder LLP
Suite 1500
50 Kennedy Plaza
Providence, RI 02903
401-274-2000
Fax: 401-277-9600
Email: medwards@haslaw.com

A copy also has been served via email to SAM-ON-DEMAND, LLC's counsel in the U.S.

Bankruptcy Court for the District of Nebraska, Patrick R. Turner, Patrick.Turner@stinson.com.

/s/ Scott E. Bain
Scott E. Bain
*Pro hac vice*
BAIN LAW OFFICES
1050 30th St. NW
Washington, DC 20007
scott@bainlawoffices.com
(703) 967-9655