Case 17-80227-TLS    Doc 146    Filed 07/20/17    Entered 07/20/17 23:34:01    Desc Imaged
Case 1:23-cv-10446-LTS    Document 192-1    Filed 05/18/23    Page 1 of 3
Certificate of Notice    Page 1 of 3

United States Bankruptcy Court
District of Nebraska

In re:  
David Lawrence Mansfield  
    Debtor

Case No. 17-80227-TLS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0867-8     User: dsoukup     Page 1 of 2     Date Rcvd: Jul 18, 2017  
                       Form ID: ODSMBNC     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2017.
```
db             +David Lawrence Mansfield,    4640 Washington Ave,    Omaha, NE 68152-5223
4648050        +Brian McKernan,    McGrath North,    1601 Dodge St 3700,    Omaha, NE 68102-1627
4648051         David Yaser,    271 Salem St,    Unit G,    Wales, MA 01081
4654102        +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
4648053        +First National Bank,    1620 Dodge Street,    Omaha, NE 68197-0002
4653473        +First National Bank of Omaha,    1620 Dodge St Stop 4440,    Omaha, NE 68197-0002
4648054        +Gary G. Pelletier,    Pelletier Clarke Caley, LLC,    35 Touro St,    Newport, RI 02840-2912
4672455        +Gilbert Insurance Agency, Inc.,    137 Main Street,    REading, MA 01867-3923
4648056      ++++JAMES L. TUXBURY,    HINCKLEY ALLEN,    100 WESTMINSTER ST STE 1500,    PROVIDENCE RI  02903-2319
                (address filed with court: James L. Tuxbury,    Hinckley Allen,    50 Kennedy Plaza, Ste 1500,
                  Providence, RI 02903)
4648058      ++++MITCHELL R. EDWARDS,    HINCKLEY ALLEN SNYDERS LLP,    100 WESTMINSTER ST STE 1500,
                  PROVIDENCE RI  02903-2319
                (address filed with court: Mitchell R. Edwards,    Hinckley Allen Snyders LLP,    Suite 1500,
                  50 Kennedy Plaza,    Providence, RI 02903)
4648057        +McGrath North,    1601 Dodge St 3700,    Omaha, NE 68102-1627
4699540        +McGrath North Mullin & Kratz, PC, LLO,    First National Tower, Ste. 3700,    1601 Dodge Street,
                  Omaha, NE 68102-1650
4648059        +Mutual Of Omaha/doven,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945
4648060         Nebraska Department of Revenue,    Attn: Bankruptcy Unit,    P.O. Box 94818,
                  Lincoln, NE 68509-4818
4649884         Nissan,    POB 660366,    Dallas, TX  75266-0366
4648061        +Nissan Motor Acceptance,    Attn: Bankruptcy,    Po Box 660360,    Dallas, TX 75266-0360
4650303        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4648063        +Scott E. Bain,    Bain Law Offices,    1050 30th St NW,    Washington, DC 20007-3822
4648064        +Soft-Aid, Inc.,    271 Salem St,    Unit G,    Woburn, MA 01801-2004
4672457        +The Harford - Registered Agent,    Halloran Sage Phelon,    One Financial Plaza,
                  Hartford, CT 06103-2608
4672456        +The Hartford,    Attn: Doug Elliott, President,    One Hartford Plaza,    Hartford, CT 06155-0001
4648065        +US Attorney General,    United States Department of Justice,    Judiciary Center Building,
                  555 Fourth Street, NW,    Washington, DC 20530-0001
4648066        +US Attorney s Office,    1620 Dodge Street, Suite 1400,    Omaha, NE 68102-1506
4648067        +Washington County Attorney,    1555 Colfax Street,    Blair, NE 68008-2007
4648068        +Washington County Treasurer,    PO Box 348,    Blair, NE 68008-0348
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4648049        +EDI: BANKAMER.COM Jul 18 2017 21:18:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                  Greensboro, NC 27420-6012
4648052        +E-mail/Text: collectionbankruptcies.bancorp@53.com Jul 18 2017 21:17:04      Fifth Third Bank,
                  1830 East Paris Ave,    Grand Rapids, MI 49546-8803
4648055         EDI: IRS.COM Jul 18 2017 21:18:00      Internal Revenue Service,
                  Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
4688158        +EDI: AIS.COM Jul 18 2017 21:18:00      Verizon,    by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 4
```

              \*\*\*\*\* BYPASSED RECIPIENTS (undeliverable, \* duplicate) \*\*\*\*\*
```
4648062         SAM On Demand LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Soft-Aid, Inc.,    271 Salem Street,    Unit G,    Woburn, MA 01801-2004
4672454        ##The Hartford,    Po box 2024,    Hartford, CT 06145-2024
                                                                                               TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0867-8           User: dsoukup              Page 2 of 2                   Date Rcvd: Jul 18, 2017
                               Form ID: ODSMBNC           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
          John T. Turco    on behalf of Debtor David Lawrence Mansfield jturco@johnturcolaw.com,
           ecf@johnturcolaw.com
          Kathleen   Laughlin    ecfclerk@ne13trustee.com, klaughlin13@ecf.epiqsystems.com
          Matthew S. McKeever    on behalf of Creditor   Soft-Aid, Inc. msmckeever@greatadvocates.com
          Patricia   Fahey    ustpregion13.om.ecf@usdoj.gov
                                                                                         TOTAL: 4
```

odsmbnc (04/11)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

---

In Re:

David Lawrence Mansfield

Debtor(s)

Bankruptcy Proceeding No.  17−80227−TLS
Chapter  13

Judge:  Thomas L. Saladino

---

**ORDER DISMISSING CASE**

This case is dismissed upon the Declaration of the Chapter 13 Trustee in support of the Trustee's Notice of Payment Default. It is ordered that this case is dismissed for the debtor's failure to comply with previous order of the court.

Dated:   July 18, 2017

BY THE COURT:

/s/ Thomas L. Saladino
Chief Judge

Copies mailed to all creditors and parties in interest.