UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| SOFT-AID, INC., | ) | |
| | ) | |
| Plaintiff / Counter-defendant, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.:  1:14-CV-10419-LTS |
| | ) | |
| SAM-ON-DEMAND, LLC and | ) | |
| DAVID MANSFIELD, | ) | |
| | ) | |
| Defendants / Counterclaimants | ) | |
| | ) | |
| | ) | |

**STATUS REPORT**

In response to the Court's May 22, 2018 Order (Doc. 193), Soft-Aid respectfully reports

that SAM-On-Demand's (SOD's) bankruptcy (Nebraska Bankruptcy Case No. 17-80268)

remains open.  The Chapter 7 Trustee is currently taking steps to recover monies to the

bankruptcy estate (drawing from his clawback powers for preferential and post-petition transfers)

although the timing of this process is not clear to Soft-Aid.

Respectfully submitted,

COUNSEL FOR PLAINTIFF
/s/ Gary Pelletier

Gary G. Pelletier
(B.B.O. 631732)
Pelletier, Clarke & Calley
35 Touro St.
Newport, RI 02840
(401) 849-4400
gpelletier@pcclaw.net

Scott E. Bain
Admitted *Pro hac vice*
BAIN LAW OFFICES
1050 30th St. NW
Washington, DC 20007
scott@bainlawoffices.com
(703) 967-9655

Dated September 18, 2018