UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOFT-AID, INC., ) | |
| ) | |
| Plaintiff / Counter-defendant, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.:  1:14-CV-10419-LTS |
| ) | |
| SAM-ON-DEMAND, LLC and ) | |
| DAVID MANSFIELD, ) | |
| ) | |
| Defendants / Counterclaimants ) | |
| ) | |
| ) | |

## STATUS REPORT

In response to the Court's January 23, 2019 Order (Doc. 197), Soft-Aid respectfully

reports that SAM-On-Demand's (SOD's) bankruptcy (Nebraska Bankruptcy Case No. 17-80268)

remains open.  The Chapter 7 Trustee recently announced he will soon complete and file his final

report on SOD's bankruptcy.  Soft-Aid, Inc. is uncertain as to exactly when the Chapter 7

Trustee will complete and file his final report.  Soft-Aid, Inc. respectfully suggests that it update

the Court with a further status report sometime after the Chapter 7 Trustee files his final report.

Respectfully submitted,

SOFT-AID, INC.,
By and through its Attorneys,

/s/ Gary Pelletier
Gary G. Pelletier (#631732)
PELLETIER, CLARKE & CALEY, LLC
35 Touro St.
Newport, RI 02840
(401) 849-4400
gpelletier@pcclaw.net

Scott E. Bain
Admitted *Pro hac vice*
BAIN LAW OFFICES
1050 30th St. NW
Washington, DC 20007
scott@bainlawoffices.com
(703) 967-9655

Dated:  May 21, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, I served a true and correct copy of the within document upon Brian McKernan and James Tuxbury, Counsel for Defendant Sam On Demand, LLC and David Mansfield, and all other registered parties via ECF.

/s/Gary G. Pelletier